IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Audrey Easaw,** | |
| Plaintiff, | |
| | Civil Action No.: |
| v. | |
| | NOTICE OF REMOVAL |
| **Debbie Newport** | |
| and | |
| **Calade Partners LLC** | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq.* and 28 U.S.C. § 1332, Defendants Debbie Newport ("Ms. Newport") and Calade Partners LLC ("Calade"), by their undersigned counsel, hereby notice removal of the action styled *Easaw v. Newport, et al.*, pending in the Superior Court of the District of Columbia, Civil Action Number 2016 CA 008723 B (the "Superior Court Action"). In support of the Notice of Removal, Defendants state as follows:

1. This action is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. Plaintiff initiated the case in the Superior Court of the District of Columbia on December 5, 2016. Plaintiff indicates that the demand for damages is no less than Five Million ($5,000,000.00) dollars.

3. Defendant Calade was served with the summons and Complaint on December 9, 2016.

4. Defendant Ms. Newport was served with the summons and Complaint on December 19, 2016.

5. Plaintiff is a resident of the District of Columbia. Defendant Ms. Newport is a resident of the State of Tennessee. Defendant Calade is a limited liability company organized under the laws of the State of Tennessee, with its principal place of business in Tennessee. Therefore, complete diversity exists between Plaintiff and Defendants.

6. Because complete diversity exists between Plaintiff and Defendants and the amount in controversy exceeds the jurisdictional amount required by 28 U.S.C. § 1332, this Court is vested with subject matter jurisdiction over this action and the case is properly removable under 28 U.S.C. § 1441(b).

7. Removal of this action is proper under 28 U.S.C. § 1446 because

   a. This Notice of Removal is being filed within the thirty (30) day time period specified in 28 U.S.C. § 1446; and,

   b. A copy of all process, pleadings and orders served upon Defendants are attached as Exhibit A.

8. A true and correct copy of this Notice of Removal will be served upon all parties of this action and the Superior Court of the District of Columbia, promptly after filing of this Notice, in accordance with the certificate of service set forth below and with the requirements of law. The clerk of the aforesaid Court shall effect the removal, and the aforesaid Court shall proceed no further unless the case is remanded, as provided by law.

9. Venue for removal of this action to this Court is proper under 28 U.S.C. § 1441(a).

10. Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants Debbie Newport and Calade Partners LLC respectfully request that the above-titled Superior Court Action pending in the Superior Court of the District of Columbia be removed to the United States District Court for the District of Columbia.

Dated: January 5, 2017                                    Respectfully submitted,

*Pamela A. Bresnahan*
Pamela A. Bresnahan (Bar No. 366735)
pabresnahan@vorys.com
Adam J. Singer (Bar No. 1027856)
ajsinger@vorys.com
Vorys, Sater, Seymour and Pease LLP
1909 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 467-8861 (telephone)
(202) 533-9020 (facsimile)

*Counsel for Defendants*
*Debbie Newport and Calade Partners LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2017, a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid to:

David A. Branch
Law Offices of David A. Branch & Associates, PLLC
1828 L Street, NW
Suite 820
Washington, D.C. 20036

*Counsel for Plaintiff*

*Adam J. Singer*
Adam J. Singer